IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM KERREY, J. K., a Minor, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROWNELL TALBOT SCHOOL, )<br>)<br>Defendant. ) | Case No. 8:14cv395<br><br><br>**SHOW CAUSE ORDER** |

The records of the court show that on December 2, 2014, a letter (#5) was sent to David V. Drew, attorney for Plaintiff William Kerrey, from the Clerk of the U. S. District Court, directing that within fifteen (15) days he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the date of this order, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **February 20, 2015**, Attorney David V. Drew is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED: February 6, 2015.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge