# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J.K., a minor child, by his father WILLIAM KERREY and WILLIAM KERRY | ) ) ) ) | CASE NO. 8:14 CV 395 |
| Plaintiffs, | ) | |
| v. | ) ) | DISMISSAL WITHOUT PREJUDICE |
| BROWNELL TALBOT SCHOOL, | ) ) | |
| Defendant. | ) | |

COMES NOW, the plaintiff, J.K., a minor child, by his father William Kerrey, and William Kerry, and hereby dismisses the above captioned matter without prejudice.

Dated this 11th Day of February, 2015.

By: _____
David V. Drew (#23153)

P.O. BOX 462 -1555 Washington Street
Blair, Nebraska 68008
(402) 426- 2636
Attorney for the Plaintiff

By: _____
J.K., a minor child, by his father
William Kerry and William Kerry

11861 CR P26
Address
BLAIR, NE 68008
City, State Zip

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11 2015, a true and correct copy of the above document was sent by [X] regular U.S. mail postage paid [ ] by fax [ ] by internet e-mail [ ] electronically filed on PACER [ ] hand delivered by the undersigned to the following persons:

Paul M. Shotkoski
Jacqueline DeLuca
409 South 17th Street 500 Energy Plaza
Omaha, Nebraska 68102
(402) 341-6000

United States District Court
District of Nebraska
Office of the Clerk
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102-1322

_____

RECEIVED
MAR 13 2015
CLERK
U.S. DISTRICT COURT
OMAHA

