IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.K., a minor child, by his father, WILLIAM KERREY, and WILLIAM KERREY,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BROWNELL TALBOT SCHOOL,<br><br>        Defendant. | 8:14CV395<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiffs' Motion for Dismissal without Prejudice (Filing No. 15). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds the Motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS OREDERED:

1. Plaintiffs' Motion for Dismissal without Prejudice (Filing No. 15) is granted;

2. The above-captioned action is dismissed without prejudice; and

3. The Court will not assess costs or attorney's fees.


Dated this 16th day of March, 2015

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge